# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Maria Villarreal Camacho | **Case No :**<br>**Date :**<br>**Time :** | 12–35648 – C – 7<br>10/30/12<br>09:30 |
| **Matter :** | [52] – Motion for Relief from Automatic Stay [MDM–1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $176) (lars) | | |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Christopher M. Klein<br>Danielle Hendricks<br>Diamond Reporters<br>C | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney – MIchael Mandell
**Respondent(s) :**
   Debtor – Maria Villarreal Camacho

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted pursuant to 11 U.S.C. § 362(d)(2),(4)(B). The automatic stay is vacated with respect to the property described in the motion, commonly known as: 21650 Manning Avenue, San Joaquin, CA, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non–bankruptcy law.

The court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

Fed. R. Bank. P. 4001(a)(3) waived.

No other relief is authorized.

Dated: November 02, 2012

United States Bankruptcy Judge